ELECTRONICALLY FILED
Sebastian County Circuit Court - Fort Smith District
Susie R. Hassett, Circuit Clerk
2024-Jan-17  15:19:44
66FCV-24-32
C12D06 : 3 Pages

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
CIVIL DIVISION

**JOSHUA GARCIA,**                                                                                    **PLAINTIFF,**

v.                           Case No.        **66FCV-24-32**

**AVERITT EXPRESS, INC, AND JOHN JAMES,**                            **DEFENDANTS.**

## AMENDED AND SUBSTITUTED COMPLAINT

**COMES NOW PLAINTIFF JOSHUA GARCIA,** and for his cause of action against **DEFENDANT AVERITT EXPRESS INCORPORATED AND JOHN JAMES,** states and alleges the following:

1. The plaintiff was a resident of Sequoyah County, Oklahoma, at the time the incident occurred.

2. Corporate Defendant Averitt Express, hereinafter Averitt Express, was a foreign corporation doing business in Arkansas at the time the incident occurred. It may be served with process through its Registered Agent in Arkansas, Cogency Global, Inc., at 1215 Twin Lakes Drive, Little Rock, Arkansas 72205.

3. Separate Defendant John James was a resident of Sebastian County, Arkansas, at the time the incident occurred.

4. The incident took place in Sebastian County, Arkansas, on 8/11/2023.

5. Because of the foregoing, this court has jurisdiction over the subject matter and persons, and the venue is properly laid.

6. At the time the incident occurred, Separate Defendant John James was acting within the course and scope of his employment by Averitt Express. Therefore, any acts of negligence on the part of the separate defendant may be attributed also to the corporate defendant, Averitt Express, by virtue of the doctrines of master-servant and vicarious liability.

7. On August 11, 2023, at approximately 9:19 AM, Plaintiff Joshua Garcia was traveling South on Wheeler Avenue in Fort Smith, Sebastian County, Arkansas. At this time, Separate Defendant John James, driver of an Averitt Express tractor-trailer, was traveling North on Wheeler Avenue in Fort Smith, Arkansas, when he carelessly and negligently made a right turn into a business, causing the rear of his vehicle to cross the double yellow line and obstruct Northbound traffic. Plaintiff attempted to avoid hitting the defendants' vehicle, causing him to crash his motorcycle. Defendants Averitt Express and John James' actions proximately caused damage to Plaintiff Joshua Garcia's motorcycle and injury to his person.

8. The defendants had a duty to operate their vehicle in a safe manner consistent with common law, prevailing rules of the road, and within the standards required by Federal Motor Carrier Safety Regulations set forth in Title 49 of the Code of Federal Regulations, and other relevant practices required by the operators of commercial vehicles. The defendant failed to operate his vehicle safely by the following negligent acts: failing to keep a proper lookout, failing to maintain control, failing to yield the right of way, and traveling at a speed too fast for conditions.

9. The following damages were proximately caused by the defendant's negligence: temporary and permanent injuries, pain, suffering, and mental anguish, future pain and suffering, medical expenses, future medical expenses, lost income and wages, future loss

of income and wages, loss of ability to earn, future loss of ability to earn, and property damage to include diminished value.

**WHEREFORE, PREMISES CONSIDERED**, the plaintiff prays the court grants a judgment against the defendant for the damages claimed herein in an amount in excess of that required for federal diversity jurisdiction, for his costs, and for all other relief to which the plaintiff may be entitled.

**JURY TRIAL RESPECTFULLY DEMANDED.**

    Respectfully,

    JOSHUA GARCIA, Plaintiff.

By: */s/ Raymond L. Niblock*
_____
Hon. Raymond L. Niblock, PA, AR #94106
raymond@niblocklawfirm.com
The Niblock Law Firm, PLC
324 N. College Ave.
Fayetteville, Arkansas 72701
479-521-5510 (voice)
479-444-7608 (facsimile)